Juɴᴇ 19, 1943

**No. 48415.**——Protest 744534–G of Collin
& Gissel. Plaintiff's application for rehearing denied.

Juɴᴇ 22, 1943

**No. 48416.**—Sᴜɪᴛ 4420,—*Adolph Goldmark & Sons
Corp.* v. *United States.* C. D. 687 affirmed May 3, 1943. C. A. D. 241.

Bᴇғᴏʀᴇ ᴛʜᴇ Fɪʀꜱᴛ Dɪᴠɪꜱɪᴏɴ, Juɴᴇ 23, 1943

**No. 48417.**—Protests 97981–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by Oʟɪᴠᴇʀ, P. J. In accordance with stipulation of counsel and on
the authority of Abstract 47083 the harmonicas in question were held dutiable
under paragraph 1541(a) as claimed.

**No. 48418.**—Protest 73457–K of General Dyestuff Corp. (New York).

Opinion by Cᴏʟᴇ, J. It was stipulated that the merchandise in question is
not one of the products described in section 701, Revenue Act of 1936 (26 U. S. C.
1934 ed., §999a) or in section 2491 of the Internal Revenue Code (26 U. S. C. 1940
ed., §2491). In accordance therewith the protest was sustained as to this claim.

**No. 48419.**—Protest 79984–K of Chemical Marketing Co., Inc. (New York).

Opinion by Cᴏʟᴇ, J. It was stipulated that the merchandise in question is a
mixture of the sodium salt of the condensation product of soyaoilacid chloride and
lysalbinic acid, sodium chloride, sodium sulphate, sodium sulphite, isopropyl
alcohol, and water, and that none of its component is any of the materials pro-
vided for in section 601 (c) (8) of the Revenue Act of 1932, as amended by section
702 of the Revenue Act of 1938 (26 U. S. C. 1934 ed., § 999a, and 26 U. S. C.
1940 ed., § 2491). In accordance therewith the protest was sustained as to this
claim.

Bᴇғᴏʀᴇ ᴛʜᴇ Sᴇᴄᴏɴᴅ Dɪᴠɪꜱɪᴏɴ, Juɴᴇ 23, 1943

**No. 48420.**—Protests 40687–K, etc., of Mason Bros. & Tarlin (Boston).

Opinion by Lᴀᴡʀᴇɴᴄᴇ, J. It was conclusively established that the articles
are electrically constructed Christmas wreaths similar to those the subject of
Abstract 47668. In accordance therewith they were held dutiable, as claimed, at
25 percent ad valorem under paragraph 353 and the United Kingdom Trade
Agreement (T. D. 49753) as articles having as an essential feature an electrical
element or device, such as signs.